# EXHIBIT A

US008707617B2

(12) **United States Patent**
Houweling

(10) Patent No.: **US 8,707,617 B2**
(45) Date of Patent: **Apr. 29, 2014**

(54) **GREENHOUSE AND FORCED GREENHOUSE CLIMATE CONTROL SYSTEM AND METHOD**

(75) Inventor: **Casey Houweling**, Delta (CA)

(73) Assignee: **Houweling Nurseries Oxnard, Inc.**, Camarillo, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1087 days.

(21) Appl. No.: **11/824,159**

(22) Filed: **Jun. 28, 2007**

(65) Prior Publication Data
US 2008/0000151 A1   Jan. 3, 2008

Related U.S. Application Data

(60) Provisional application No. 60/817,755, filed on Jun. 29, 2006.

(51) Int. Cl.
*A01G 9/14*  (2006.01)
(52) U.S. Cl.
USPC ............................................................ **47/17**
(58) Field of Classification Search
USPC .................................. 47/17, 19.2, 23.3, 29.5
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 815,093 | A | | 3/1906 | Kenney | |
|---|---|---|---|---|---|
| 1,506,904 | A | | 9/1924 | Harrison | |
| 2,193,911 | A | | 3/1940 | Wright | |
| 3,348,922 | A | * | 10/1967 | Bose et al. | 422/208 |
| 3,747,501 | A | | 7/1973 | Honda et al. | |
| 3,824,909 | A | | 7/1974 | Horneff et al. | |
| 3,949,522 | A | * | 4/1976 | Kehl et al. | 47/17 |
| 4,163,342 | A | * | 8/1979 | Fogg et al. | 47/58.1 R |
| 4,292,762 | A | * | 10/1981 | Fogg et al. | 47/17 |
| 4,567,732 | A | | 2/1986 | Landstrom | 62/91 |
| 4,567,939 | A | * | 2/1986 | Dumbeck | 165/224 |
| 5,001,859 | A | | 3/1991 | Sprung | 47/17 |
| 5,101,593 | A | * | 4/1992 | Bhatt | 47/17 |
| 5,212,903 | A | | 5/1993 | Talbott | 47/17 |
| 5,299,383 | A | | 4/1994 | Takakura et al. | 47/58 |

(Continued)

FOREIGN PATENT DOCUMENTS

| DE | 3331284 | | 3/1985 |
|---|---|---|---|
| EP | 0517432 | A1 | 5/1992 |

(Continued)

OTHER PUBLICATIONS

US Publication No. 2005005510, Publication Date: Sep. 29, 1998
International Search Report Jan. 15, 2008.

(Continued)

*Primary Examiner* — David Parsley
(74) *Attorney, Agent, or Firm* — Koppel, Patrick, Heybl & Philpott

(57) **ABSTRACT**

A greenhouse generally comprising a growing section and a climate control system adjacent to the growing section. The climate control system controls the environment within the growing section by flowing ambient air from outside the greenhouse into the growing section, re-circulating air from the growing section back into the growing section, or a combination thereof. A method for controlling the temperature within a greenhouse growing section comprises flowing air into the growing section from outside the greenhouse to reduce the temperature in the growing section. Warm air is flowed into the growing section to increase the temperature in the growing section, and air within the growing section is re-circulated when the temperature therein is at the desired level.

**29 Claims, 5 Drawing Sheets**



## (56) References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,392,611 A * | 2/1995 | Assaf et al. ........................ 62/94 |
| 5,493,808 A | 2/1996 | Munday | |
| 5,553,417 A | 9/1996 | Chambers | |
| 5,713,154 A * | 2/1998 | Goldstein et al. ................. 47/17 |
| 5,813,168 A | 9/1998 | Clendening ....................... 47/17 |
| 6,006,471 A * | 12/1999 | Sun ................................... 47/69 |
| 6,705,043 B1 | 3/2004 | Opdam et al. .................... 47/17 |
| 6,978,573 B2 | 12/2005 | Van Der Heijden ............. 47/17 |
| 7,228,657 B2 | 6/2007 | Brault et al. ..................... 47/17 |
| 2004/0194371 A1 | 10/2004 | Kinnis | |
| 2005/0005510 A1 | 1/2005 | Brault et al. | |
| 2008/0000151 A1 | 1/2008 | Houweling et al. | |
| 2010/0126062 A1 | 5/2010 | Houweling et al. | |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1464218 A1 | 10/2004 |
| EP | 1464219 A1 | 10/2004 |
| EP | 1199922 B1 | 1/2008 |
| FI | EP1199922 T3 | 4/2008 |
| GB | 1242500 | 8/1971 |
| NL | 8200360 | 9/1983 |
| NL | 9001874 A | 3/1992 |
| NL | 1021856 | 11/2002 |
| NL | 1023053 | 3/2003 |
| NL | 2000152 | 7/2006 |
| NL | 1037250 | 9/2009 |
| WO | WO 8606928 | 4/1986 |
| WO | WO0076296 | 12/2000 |
| WO | WO 2008/002686 A2 | 1/2008 |
| WO | WO2011028100 | 3/2011 |

### OTHER PUBLICATIONS

First Office Action from corresponding Israel Patent Application No. 193844. dated Aug. 16. 2011.

Further Office Action from corresponding Israel Patent Application No. 193844. dated Jul. 10, 2012.

Examination Report for Canadian Patent Application No. 2,592,674, dated Jul. 18, 2012.

International Search Report and Written Opinion from counterpart application PCT/US2010/001374 mailed Aug. 24, 2010.

First Office Action from Mexican Patent Application No. MX/a/2007/008107 dated Dec. 15, 2012.

Office Action for counterpart Canadian Patent Application No. 2,592,674 dated Sep. 29, 2011.

EPO Communication Pursuant to Article 94(3) EPC in counterpart European Patent Application No. EP 07810937.8 dated Nov. 10, 2011.

Intention to Grant from European Patent Appl. No. 07 810 937.8, dated Jun. 10, 2013.

Second Office Action from Mexican Patent Appl. No. MX/a/2007/008107, Apr. 8, 2013.

Bird & Bird Statement of Defense. Counterclaim and Deed with Exhibits.

Kim. et al., "Improving the Distribution of Temperature by a Double Air Duct in the Air-Heated Plastic Greenhouse", Journal of Bio-Environmental Control 13(3).162-166 (2004).

International Preliminary Report on Patentability from PCT/NL2010/000127, dated Mar. 6, 2012.

OnderGlas, Klimmat/Vorwarming. Nummor 12, Dec. 2006. Jaargang 3 Gesolton of semi gosloten.

Evaluation of an Experimental Greenhouse Film with Improved Energy Performance by Simpkins, et al.

W.J. Roberts. "Environmental Control of Greenhouses", Center for controlled Environment Agriculture. Cook College, Rutgers University, 19 pages.

"Semi-gesloten kas bokst op tegen woestijnklimaat" by Jelle Schoondereek.

"EuroFresh Tinkers With Greenhouse Design", by J. Benton Jones, Jr., www.growiflciedge.com.

Declaration of Jelle Schconderbeek and attachment.

* cited by examiner



FIG. 2



FIG. 1



FIG. 7

FIG. 3

FIG. 4

Case: 1:22-cv-06004 Document #: 1-1 Filed: 10/31/22 Page 6 of 14 PageID #:20



FIG. 5



FIG. 6



FIG. 8

US 8,707,617 B2

1

# GREENHOUSE AND FORCED GREENHOUSE CLIMATE CONTROL SYSTEM AND METHOD

The present application claims the benefit of U.S. Provisional Patent Application No. 60/817,755 to Houweling, filed on Jun. 29, 2006.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to greenhouses and more particularly to climate control systems for greenhouses.

2. Background of the Invention

Greenhouses have been used for hundreds of years to grow different varieties of plants, including ornamental plants and fruit/vegetable producing plants. Greenhouses typically comprise a structure with a plastic or glass roof and frequently glass or plastic walls. The interior of the greenhouse can be heated by incoming solar radiation that warms the plants and soil therein. The closed environment of a greenhouse has its own unique requirements compared with outdoor production. Pests and diseases need to be controlled and irrigation is necessary to provide water. Of equal importance, greenhouses can also be arranged to compensate for extreme highs and lows of heat and humidity, and to generally control the environmental conditions such as the level of carbon dioxide ($CO_2$).

Different greenhouses have been developed to control the environmental conditions in a greenhouse. U.S. Pat. No. 5,001,859 to Sprung describes a method and structure for environmental control of plant growth in greenhouse conditions. The structure comprises a translucent stressed fabric shell on a base, with which to grow plants, the shell and base sealing the environment within the space against external environmental conditions. The temperature and relative humidity within the production areas are generally controlled by a microprocessor based series of spray systems, along with a furnace. The spray systems can lower the temperature in the space while at the same time increasing humidity, and the furnace can be utilized to increase the temperature within the space.

U.S. Pat. No. 5,813,168 to Clendening describes a greenhouse and a method for controlling the environment of the interior space of the greenhouse. The greenhouse includes an interior insulating panel and a movable exterior reflective panel capable of both insulating the interior of the greenhouse and reflecting sunlight into the interior. The greenhouse also includes a closed-system heat exchanger having a plurality of spaced water-impermeable water flow passageways through which water flows by gravitational forces and having a means for blowing air between the water flow passageways such that the air does not contact the water and such that the air is either heated or cooled by the water. In addition, the heat exchanger may include a water discharge and/or a gas discharge for the control of humidity and gas levels within the greenhouse. Finally, the greenhouse includes hydroponic plant beds disposed on top of the heat exchangers and hydroponic solution tanks along the outer interior walls of the greenhouse.

U.S. Pat. No. 5,212,903 to Talbot discloses a greenhouse for providing environmental control for growing plants comprising a frame defining a structure forming an interior region for holding plants. A flexible cover is positioned over the frame for providing a roof enclosure for the structure, and an elongate roller extends along the length of the structure secured to a lengthwise edge of the cover. A power source is coupled to the roller driving the roller about its longitudinal

2

axis to retract or extend the cover relative to the frame. The greenhouse also includes a water distribution system that includes a distribution conduit with spaced-apart spray nozzles positioned adjacent the top interior of the greenhouse. A power drive system oscillates the conduit through a defined arc to distribute water downwardly to plants growing in the greenhouse. A timing means is associated with the power drive for delaying the return rotation of the conduit to ensure that the outside edges of the spray pattern will be watered evenly.

U.S. Pat. No. 7,228,657 to Brault et al. discloses a greenhouse having an exterior curtain wall structure formed by spaced tubular posts carrying external transparent panels and bottom non-transparent wall panels below a sill with the panels spanning the posts. A plurality of elongate benches is located within the interior at spaced positions along one side wall with the width of the benches being equal to the post spacing to form an expandable construction. Each bench has associated with it a respective air handling system for conditioning including a duct which is located partly under the respective bench and a fan in a fan housing at the side wall. From the fan a vertical duct section extends to a flexible tube extending over the bench. Air dehumidification, fogging, heating and cooling are provided in the duct under the bench. An alley is arranged along the opposite wall containing electrical controls mounted in cabinets forming panels for mounting in the span between posts.

European Patent Application No. EP 1 464 218 A1 discloses a method for growing crops arranged in a greenhouse that is closed off from the environment and wherein the climate is regulated and watering of the crop is controlled within by a watering device. The photosynthesis and yield of the crop is regulated by controlling, independent of the outside conditions, the $CO_2$ concentration in the greenhouse and the transpiration by regulation of the temperature and air movements around the crop. Air regulating means can be utilized such as partitions, screens and the like, and outlet openings for air at different heights near the crop are provided so that the climate near the crop, and in particular the microclimate near the leaves of the crop, can be regulated and monitored.

International Application No. PCT/NL2000/000402 (Publication No. WO 2000/076296) discloses a market garden greenhouse system in which plant products can be cultivated. The market greenhouse is closed in that it is substantially not provided with ventilating openings or ventilating windows that can be opened. The greenhouse comprises heat regulating means for regulating heat therein, with heat generating from solar energy and a heating system. The greenhouse can also comprise an air humidity regulating and surplus heat is removed from the greenhouse to an aquifer in the summer.

## SUMMARY OF THE INVENTION

One embodiment of greenhouse according to the present invention comprises a growing section and a climate control system adjacent to the growing section. The climate control system controls the environment within said growing section by flowing ambient air from outside the greenhouse into the growing section, re-circulating air from the growing section back into the growing section, or a combination thereof.

Another embodiment of a greenhouse according to the present invention comprises a substantially enclosed growing section and a substantially enclosed end gable adjacent to the growing section. The end gable is arranged to flow cool air into said growing section to reduce the temperature therein, to flow warm air into the growing section to increase the tem-

3

perature therein, and to re-circulate air within the growing section when the temperature therein is at the desired level.

One embodiment of a method for controlling the temperature within a greenhouse growing section, comprises flowing air into the growing section from outside the greenhouse to reduce the temperature in the growing section. Warm air is flowed into the growing section to increase the temperature in the growing section, air within the growing section is re-circulated when the temperature therein is at the desired level.

These and other aspects and advantages of the invention will become apparent from the following detailed description and the accompanying drawings which illustrate by way of example the features of the invention.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a side sectional view of one embodiment of a greenhouse and its climate control system according to the present invention;

FIG. **2** shows the greenhouse climate control system in FIG. **1** showing another mode of air flow;

FIG. **3** is an end view of one embodiment of a greenhouse climate control system according to the present invention;

FIG. **4** is a sectional view of one embodiment of a greenhouse climate control system according to the present invention at the crop section of the greenhouse.

FIG. **5** is a side sectional view of another embodiment of a greenhouse climate control system according to the present invention showing one mode of air-flow

FIG. **6** shows the greenhouse climate control system in FIG. **1** showing another mode of air flow;

FIG. **7** shows the louver and first vent feature of the greenhouse climate control system in FIG. **5**; and

FIG. **8** is an end view of one embodiment of a greenhouse climate control system according to the present invention.

DETAILED DESCRIPTION OF THE INVENTION

The present invention generally relates to improved greenhouses and forced greenhouse climate control systems that are arranged to operate in different modes to control the temperature and environmental conditions within the greenhouse. In one mode ambient air is drawn into the greenhouse, and in other modes air from within the greenhouse is re-circulated. In still other modes, the system can draw ambient air in combination with recirculation of air, and when ambient air is drawn in, it can also be cooled. This arrangement provides for control of the greenhouse climate using a simple and cost effective system.

In one embodiment of a greenhouse and greenhouse climate control system according to the present invention, tubes are provided along the full length of the greenhouse growing section. Ambient and or re-circulated air is drawn into the tubes and each of the tubes has a means for allowing air to exit along its length, such as through holes along the length of the tubes. The number and size of holes is arranged to promote even distribution of air from the tubes throughout the greenhouse structure. It is understood that other devices can be used beyond tubes for flowing air into the greenhouse, and different means for allowing air to exit from the tubes can be used. The separation (spacing) between the tubes can vary and the diameter of the tubes can vary depending on the particular circumstances including but not limited to the surrounding climate, or crops being grown. In different embodiments the tubes can also be above the greenhouse crop or below gutters tables or other systems in the greenhouse.

4

Fans or other mechanisms for drawing air are arranged on the tubes to supply a flow of air volume to the tubes to cool the greenhouse during the expected elevated outside (external) temperatures and to heat the greenhouse during expected low temperatures. In one embodiment, a respective one of fans is located at one end of each of the tubes and flows air into and along the length of the its tube. It is understood, however, that the fans can be located in other positions on the tubes and a single fan can be used to flow air into more than one of the tubes.

The climate control system according to the present invention is also arranged to efficiently flow air of different temperatures into the tubes to control the temperature in the greenhouse during temperature cycles of the surrounding climate. When the temperature within the greenhouse rises, cooler gasses are provided to the greenhouse tubes, and in one embodiment the cooler air is provided from the ambient air outside the greenhouse. Systems can also be used to further cool the ambient air as it enters the greenhouse, if necessary. When the temperature in the greenhouse is at or near the desired level air from within the greenhouse can be circulated into the tubes. When the temperature within the greenhouse falls, known internal heater systems can be used to heat the air in the greenhouse with the heated air re-circulated to the tubes. To achieve the desired temperature within the greenhouse a controller can be employed to automatically provide for the different modes above or provide a combination of the modes. The systems according to the present invention can also control the pressure within the greenhouse and the level of certain gases such as carbon dioxide ($CO_2$).

The present invention is described herein with reference to certain embodiments but it is understood that the invention can be embodied in many different ways and should not be construed as limited to the embodiments set forth herein. In particular, the present invention is described below in regards to greenhouse features arranged in a particular way but it is understood that these features can be arranged in different ways and can be used in other applications.

It is also understood that when an element or feature is referred to as being "on" or "adjacent" another element or feature, it can be directly on or adjacent the other element or feature or intervening elements or features may also be present. Furthermore, relative terms such as "outer", "above", "lower", "below", and similar terms, may be used herein to describe a relationship of one feature to another. It is understood that these terms are intended to encompass different orientations in addition to the orientation depicted in the figures.

Although the terms first, second, etc. may be used herein to describe various elements or components, these elements or components should not be limited by these terms. These terms are only used to distinguish one element or component from another element or component. Thus, a first element or component discussed below could be termed a second element or component without departing from the teachings of the present invention.

Embodiments of the invention are described herein with reference to different views and illustrations that are schematic illustrations of idealized embodiments of the invention. As such, variations from the shapes of the illustrations as a result, for example, of manufacturing techniques and/or tolerances are expected. Embodiments of the invention should not be construed as limited to the particular shapes of the regions illustrated herein but are to include deviations in shapes that result, for example, from manufacturing.

FIGS. **1-4** show one embodiment of greenhouse **10** utilizing a forced greenhouse climate control system **12** according

to the present invention. The greenhouse **10** has a gabled end **14** that is separated from the crop growing section **16** of the greenhouse by partition **22**. The majority of the climate control system **12** is housed within the gabled end **14** with a portion of the system continuing into the crop growing section **16**. The crop section **16** comprises a portion of the system comprising devices for distributing air from the gabled end **14** throughout the crop growing section **16**. Many different distribution devices can be used, with a suitable device being a plurality of tubes **18** running the length of the crop section. As mentioned above, different numbers of tubes can be used with greenhouse **10** shown having five (5) tubes **18**. The tubes **18** open through the partition **22** such that air from the gabled end **14** can flow into the tubes **18** and pass into the growing end through tube holes. Different numbers and sizes of holes can be included along the length of the tubes **18** to insure even distribution.

Fans **20** can placed on or close to the bottom of the partition **22** between the gabled end **14** and the section **16** each at a respective one of the tubes **18**. The fans **20** are arranged to pull or flow air into its respective one of the tubes **18** from in the gabled end **14**. The air in the gabled end **14** can include ambient air from outside the greenhouse **10** or air from inside the crop section **16** during recirculation, or combination of the two. As more fully described below, this is accomplished by a louver and vent system within the greenhouse **10**.

The greenhouse **10** further comprises a first vent/opening **24** ("first vent") in the outside gable wall **26** through which ambient air can enter the gabled end **14**. The first vent **24** can be arranged in many different locations, with a suitable location as shown being on the lower portion of the outside gable wall. In the embodiment shown, one first vent **24** is shown, but it is understood that more than first vent can be included. The first vent **24** can be arranged in many different ways, with the preferred vent running substantially the length of the outside gable wall **26**.

A cooling mechanism **28** can be included at the first vent **24** to cool air being pulled into the gabled end **14**, and/or to control the humidity within the air. In one embodiment the cooling mechanism **28** is a conventional pad cooling system that is known in the art and not described in detail herein. A screen can also be included over the vent **24** to prevent insects and other pests from entering the greenhouse **10**.

In some embodiments, a heat exchanger **29** can be included at or near the fans **20** to further heat or cool the air passing into the tubes **19**. Heat exchangers are generally known in the art and the basic operation is only briefly discussed herein. According to the present invention, the greenhouse **10** can be arranged to store heated water from the heat exchanger for use in heating the greenhouse at a later time.

The heat exchanger **29** relies on a flow of water to cool air passing through the fan **20** as it enters the tube **19**. The cooling of the air by the water passing though the heat exchanger can result in the warming of the water flowing through the heat exchanger. In some embodiments, this warmed water can be stored in a separate storage tank for later use in warming the air in the crop section **16**. For example, warm water can fill the storage tank when cooling air when the temperature of the air entering the is high, such as during the day. The warmed water can be stored and at night, when the temperature dips, the warm water can be flowed into the heat exchanger **29** to warm the air passing into the tubes.

A first louver **30** can be included at the outside gable wall **26** that is movable in the directions of arrow **31** to control the amount of air entering the end gable **14**. When operating in the mode to block air from entering the end gable **14** the louver is lowered to cover the first vent **24**. When operating in the mode to allow air to enter the end gable **14**, the louver **30** can be raised so that it is not blocking air from entering or can be partially raised such that it is partially blocking air from entering. As shown, the first louver **30** can be a planar shield that can slide down to fully or partially cover the first vent **24** depending on the desired amount of air to pass through the vent **24**. It is understood that many different mechanisms can be used beyond the first louver **30** described above and the second louver described below.

The partition **22** comprises a second vent **34** that is located near the top of the partition **22**, although the vent **34** can be in many different locations. A second louver **36** can be included at the partition **22** that operates similar to the first louver **30**. The second louver **36** can be moved in the direction of arrow **37** to block air from entering through the second vent **34**, or can be moved so that it is not blocking air from entering or is partially blocking air from entering. Like the first louver, the second louver **36** can be a planar shield that can slide down to fully or partially cover the second vent **34** depending on the desired amount of air to pass through the vent **34**.

The crop section **16** of the greenhouse **10** can also comprise one or more conventional greenhouse vents (not shown) to allow excess air to be released from the greenhouse **10**. This is particularly useful when ambient air is being drawn into the greenhouse. The release of air through the vents releases excess air that can build up in the crop section **16**. These vents are generally known in the art and are not described herein. It is understood that these vents can also include screens to prevent insects from entering and the vents are preferably located at or near the greenhouse roof. In some embodiments, the vents can include fans to assist in the release of air, and it is understood that air can be released from the greenhouse using many different mechanisms beyond conventional vents.

In operation, when the air temperature within the crop section **16** rises it may be desirable to pull cooler air into the section **16**. This is referred to as the cooling mode and is illustrated by the first airflow **38** shown in FIG. **1**. The second louver **36** can be closed and the first louver **30** can be at least partially opened to allow air to pass through the first vent **24**. Fans **20** can be activated to pull greenhouse ambient air through the first vent **24** and in those embodiments where additional cooling of the air is desired, the cooling mechanism **28** can be activated to cool the air pulled through the vent **24**. The cooled air enters the gabled end **14** and is pulled into the tubes **18** by the fans **20**. The cooled air is then distributed evenly throughout the crop section **16** through the holes in the tubes **18**. The heat exchange **29** can also contain a flow of water to further cool water entering the tubes **18**. As additional ambient air is pulled into the greenhouse, excess air can be released from the greenhouse through roof vents.

When the air within the greenhouse is at the desired temperature or needs to be increased, the greenhouse enters the recycle mode as shown by second airflow **40** is FIG. **2**. The first louver **30** can be closed and the second louver **36** opened. The fans **20** can then be activated to pull air from within the greenhouse section **16** into the gabled end **14**. The air is then pulled into the tubes **18** and the air is distributed throughout the greenhouse through holes in the tubes **18**. This circulation can continue as the temperature is maintained at its desired level. If the air needs to be heated, known heating systems can be employed within the greenhouse with one such system supplying heated water to rails or pipes in the greenhouse floor. Alternatively, heated water can be supplied to the heat exchanger **29** from the supply of heated water as described above. Air heated by this system can then be circulated until the desired temperature is achieved within the greenhouse **10**.

Alternatively, the growing section can rely on the heat generated from sunlight passing into the growing section through the transparent roof or sidewalls.

As mentioned above, the system **12** can also be operated to supply a combination of air to the tubes **18** from a combination of airflows **38** and **40**. This can be accomplished by controlling the opening of the first and second louvers **30** and **36** while the fans **20** are operating. The fans **20**, first and second louvers **30**, **36** and the heat exchanger **29**, are preferably operated under computer control using various known sensors and hardware/software combinations.

The greenhouse **10** and its forced greenhouse climate control system **12** provide for improved and cost effective control of the greenhouse climate compared to conventional systems. It is particularly useful in desert climates where it is useful to provide cost effective systems for minimizing the maximum heat experienced by crops within a greenhouse. For example, one embodiment of the greenhouse **10** can reduce what would typically be 33° C. temperature in greenhouse to 26° C. without employing expensive cooling systems. This reduction in temperature can have a dramatic impact on the improved health and growth of crops within the greenhouse.

FIGS. **5-7** show another embodiment of greenhouse **50** that is similar to the greenhouse **10** described above and shown in FIGS. **1-4**. The greenhouse **50** also utilizing a forced greenhouse climate control system **52** according to the present invention. The greenhouse **50** has a gabled end **54** that is separated from the crop holding section **56** of the greenhouse **50** by partition **62**. The crop section **56** comprises an air distributing device to distribute air from the gabled end **54** throughout the crop section **56**. Many different distribution devices can be used, with a suitable device being a plurality of tubes **58** running the length of the crop section **56** similar to the tubes **18** in greenhouse **10**. As mentioned above, different numbers of tubes can be used with greenhouse **10** shown having five (5) tubes **58** as best shown in FIG. **7**. The tubes **58** open through the partition **62** such that air from the gabled end **54** can flow into the tubes **58**.

Fans **60** can placed in or close to the partition **62** between. As best shown in FIG. **7**, each of the tubes **58** are connected to an opening **64** in the partition lower portion of the partition **22**. A respective fan **60** is then arranged over each of the openings and air from each of the fans **60** flows into its respective one of the tubes **58**. The fans **60** are arranged with the ability to pull ambient air from in the gabled end **54** into the tubes during operation. This can either be ambient air or re-circulated air, or combination of the two.

The greenhouse **50** further comprises a vent/opening **64** ("vent") in the outside gable wall **66** through which ambient air can enter the gabled end **54**. The vent **64** is similar to the opening **24** in greenhouse **10** described above but is located near the center of the gabled wall **66**, as shown. The vent **64** preferably runs the length of the gabled wall and although one vent **64** is shown it is understood that more than one opening can be included.

A cooling mechanism **68** can also be included at the vent **64** to cool air being pulled in into the gabled end **54**, and/or to control the humidity within the air. In one embodiment the cooling mechanism **68** is a conventional pad cooling system that also runs the length of and is included over the vent **64**. A screen **69** can also be included over the vent **64** to prevent insects and other pests from entering the greenhouse **50**. A heat exchanger **67** can also be included at or near the fans **60** that is arranged and operates similar to the heat exchanger **29** shown in FIGS. **1** and **2** and described above. The heat exchanger **67** can further heat or cool air entering the tubes **58** as described above.

A first louver **70** can be included inside of gable wall **66** that is movable in the directions of arrows **73** to control the amount of ambient air entering the end gable **54**. When operating in the mode to block air from entering the end gable **54** the louver **70** is closed to cover the vent **64**. When operating in the mode to allow air to enter the end gable **54**, the louver **70** can be swing open so that it is not blocking air from entering or can be partially opened such that it is partially blocking air from entering. As the louver **70** swings from its closed and fully blocking position over the first vent/opening **64** it also blocks re-circulating air that would otherwise be pulled into the tubes **58** by the fans **60**. The greenhouse further comprises a shelf **71** on the inside surface of the partition **62**. When the louver **70** is fully opened its lower surface abuts the shelf **71** to fully block re-circulating air from being drawn by the fans **60**. Instead, in this position the fans **60** draw primarily ambient air that can be cooled by cooling mechanism **68**. It is understood that many different mechanisms can be used beyond the first louver **70** described above.

The partition **62** comprises a second vent/opening **74** that is located near the top of the partition **62**, although the vent **74** can be in many different locations. Unlike the vent **34** described above in greenhouse **10**, the vent **74** does not have a second louver and remains open through operation. The amount of air from the crop section **56** drawn through by the fans and re-circulated into the tubes is controlled by the extent to which the louver **70** is opened. If the louver **70** is fully closed all of the air drawn through the fans **60** comes through vent **74** for re-circulating. When the louver **70** is fully open no air through the vent is drawn by the fans. When the louver is at different positions between fully open and closed, the fans draw a combination of ambient and air through the vent **74**.

The crop section **56** can also comprise one or more conventional greenhouse vents (not shown) to allow excess air to be released from the greenhouse **50**. These vents are generally known in the art and are not described herein. The greenhouse vents are preferably located at or near the greenhouse roof and can include fans to assist in the release of air. It is understood that air can be released from the greenhouse using many different mechanisms beyond conventional vents.

The greenhouse **50** operates similar to the greenhouse **10**. In operation, when the air temperature within the crop section **56** rises it may be desirable to pull cooler air into the section **56**. This is referred to as the cooling mode and is illustrated by the first airflow **78** shown in FIG. **5**. The louver **70** can be at least partially opened to allow ambient air to pass through the first vent **64**. Fans **60** can be activated to pull ambient air through the vent **64** and in those embodiments where additional cooling of the air is desired, the cooling mechanism **68** can be activated to cool the air pulled through the vent **64**. The cooled air enters the gabled end **54** and is pulled into the tubes **58** by the fans **60**. The cooled air can be further cooled by heat exchanger **67** and the cooled air is then distributed evenly throughout the crop section **56** through the holes in the tubes **58**. As additional ambient air is pulled into the greenhouse, excess air can be released from the greenhouse through roof vents.

When the air within the greenhouse is at the desired temperature the greenhouse enters the recycle mode as shown by second airflow **80** in FIG. **6**. The first louver **70** can be closed and the fans **60** can then be activated to pull air from within the greenhouse section **56** into the gabled end **54** through the second vent **74**. This circulation can continue as the temperature is maintained at its desired level. If the air needs to be heated, known heating systems can be employed within the greenhouse with one such system supplying heated water to rails in the greenhouse floor as described above. Alternatively,

warm water can be supplied to the heat exchanger **67** from the separate heated water supply as described above with reference to heat exchanger **29**. As ambient or recycled air passes through the fans **60** it is heated and passed into tubes **58**. As the heated air exits the tubes it heats the air within the crop section. Air heated by this system can then be circulated until the desired temperature is achieved within the greenhouse **50**.

As mentioned above, the system **12** can also be operated to supply a combination of air to the tubes **18** from a combination of airflows **78** and **80**. This can be accomplished by controlling the opening of the louver **70** while the fans **60** are operating. Like the embodiment above, the fans **60**, louver **70**, heat exchanger **67** are preferably operated under computer control using various known sensors and hardware/software combinations.

It is understood that there are many additional advantages and alternative arrangements provided by the present invention. One advantage is that the crop section **56** can be overpressurized by the system **52**, which can prevent undesired insects. The invention further provides for enhanced crop yields by allowing for greater levels of radiation to reach the plants by eliminating conventional roof vent superstructures and accompanying insect netting. The crop section **56** can also be arranged so that a gas, such as $CO_2$ can be fed into and more efficiently maintained within the section **56**. The gas feed systems are known in the art and not discussed in detail herein. These gasses can further enhance the health and growth of the crop within section **56**.

In alternative embodiments, the fans **60** can be controlled and operated as variable drive fans to provide additional control over airflow. The vents can be different sizes and more vents can be included in many different locations.

In still other embodiments, the greenhouse can be arranged without a gabled end. For example, the first louver can be arranged over the fans with the cooling mechanism located at the fans such that ambient air can be pulled directly into the tubes with the air passing the cooling mechanism for additional cooling. Pipes can be included and arranged to provide an air passageway between the second vent and the fans during the mode when air from within the crop section is to be recycled. This is only one of the many alternative arrangements for greenhouses and forced greenhouse climate control systems according to present invention.

Although the present invention has been described in detail with reference to certain preferred configurations thereof, other versions are possible. Therefore, the spirit and scope of the invention should not be limited to the versions described above.

I claim:

1. A greenhouse, comprising:
   a growing section;
   a climate control system comprising a substantially enclosed end gable adjacent to and outside said growing section, said end gable comprising one or more vents and one or more louvers selectively moveable to cooperate with said one or more vents to control air flow through said one or more vents;
   wherein said climate control system is arranged to control the environment within said growing section by flowing ambient air from outside said greenhouse into said climate control system and into said growing section, re-circulating air from said growing section back into said climate control system and into said growing section, and a combination thereof, said ambient air, re-circulating air, or combination thereof, flowing through said climate control section and into said growing section to control the climate within said growing section.

2. The greenhouse of claim **1**, further comprising a plurality of tubes within said growing section, air entering said growing section from said climate control system passing into said tubes with said tubes distributing air throughout said growing section.

3. The greenhouse of claim **1**, wherein said climate control system further comprises fans arranged to flow air into said tubes.

4. The greenhouse of claim **1**, wherein said one or more vents comprise a first vent to the ambient around said greenhouse, said ambient air entering said climate control system through said first vent.

5. The greenhouse of claim **4**, wherein said one or more louvers comprise a first louver arranged to cooperate with said first vent, said first louver movable to fully block said first vent, to fully open to allow air passage through said first vent, or to partially block said first vent.

6. The greenhouse of claim **4**, further comprising a cooling mechanism operable to cool at least some of the ambient air passing through the first vent.

7. The greenhouse of claim **1**, wherein said one or more vents comprise a second vent, said second vent allowing air from said growing section to pass into said climate control system for re-circulating back to said growing section.

8. The greenhouse of claim **7**, wherein said one or more louvers comprise a second louver arranged to cooperate with said second vent, said second louver operable to fully block said second vent, to fully open to allow air passage through said second vent, or to partially block said second vent.

9. The greenhouse of claim **5**, further comprising a partition between said growing section and said climate control system, wherein said partition comprises a second vent, said second vent allowing air from said growing section to pass into said climate control system for re-circulating back to said growing section, wherein said first louver fully blocks air from said second vent when fully open, allows air from said second vent to pass when closed, and partially blocks air from said second vent when partially open.

10. The greenhouse of claim **1**, wherein said growing section further comprising a roof vent.

11. The greenhouse of claim **1**, wherein said climate control system further comprises a heater for heating the air flowing into said growing section.

12. The greenhouse of claim **1**, further comprising a computer based controller for controlling said climate control system.

13. The greenhouse of claim **1**, further comprising a gas feed system for feeding gasses into said growth section.

14. The greenhouse of claim **1**, further comprising a heat exchanger to heat or cool air flowing into said growing section.

15. The greenhouse of claim **14**, wherein water is flowed through said heat exchanger to cool air flowing in said growing section, said water being warmed while cooling said air.

16. The greenhouse of claim **15**, wherein said warmed water is stored for use in said heat exchanger to heat air flowing into said growing section.

17. A greenhouse, comprising:
   a substantially enclosed growing section; and
   a substantially enclosed end gable adjacent to and outside said growing section, said end gable comprising one or more vents and one or more louvers selectively moveable to cooperate with said one or more vents to control air flow through said one or more vents, said end gable arranged to flow cool air into said growing section to reduce the temperature therein, to flow warm air into said growing section to increase the temperature therein,

and to re-circulate air within said growing section when the temperature therein is at the desired level, said temperature reducing air, temperature increasing air, and re-circulating air passing through said end gable and into said substantially enclosed growing section to control the temperature therein.

18. The greenhouse of claim **17**, said end gable receiving said cool air from the ambient air outside said greenhouse and end gable.

19. The greenhouse of claim **17**, further comprising a plurality of tubes within said growing section, air entering said growing section from said end gable passing into said tubes with said tubes distributing air throughout said growing section.

20. The greenhouse of claim **17**, further comprises fans arranged to flow air from said end gable into said tubes.

21. The greenhouse of claim **17**, wherein said one or more vents comprise a first vent in said end gable, wherein ambient air enters said end gable through said first vent.

22. The greenhouse of claim **21**, wherein said one or more louvers comprise a first louver arranged to cooperate with said first vent, said first louver movable to fully block said first vent, to fully open to allow ambient air passage through said first vent, or to partially block said first vent.

23. The greenhouse of claim **17**, further comprising a cooling mechanism operable to cool at least some of the ambient air passing through the first vent.

24. The greenhouse of claim **17**, wherein said one or more vents comprise a second vent between said growing section and said end gable, said second vent allowing air from said growing section to pass into said end gable for re-circulating back to said growing section.

25. The greenhouse of claim **24**, wherein said one or more louvers comprise a second louver arranged to cooperate with said second vent, said second louver operable to fully block said second vent, to fully open to allow air passage through said second vent, or to partially block said second vent.

26. The greenhouse of claim **23**, further comprising a second vent, said second vent allowing air from said growing section to pass into said end gable for re-circulating back to said growing section, said first louver blocking air from said second vent when fully open, allowing air from said second vent to pass when closed, and partially blocking air from said second vent when partially open.

27. The greenhouse of claim **17**, further comprising a heater for heating the air flowing into said growing section.

28. The greenhouse of claim **17**, further comprising a computer based controller for controlling said climate control system.

29. A greenhouse, comprising:

a growing section;

a climate control system comprising a substantially enclosed end portion adjacent to and outside said growing section, said end portion comprising one or more vents and one or more mechanisms selectively moveable to cooperate with said one or more vents to control air flow through said one or more vents;

wherein said climate control system is arranged to control the environment within said growing section by flowing ambient air from outside said greenhouse into said climate control system and into said growing section, re-circulating air from said growing section back into said climate control system and into said growing section, and a combination thereof, said ambient air, re-circulating air, or combination thereof, flowing through said climate control section and into said growing section to control the climate within said growing section.

\* \* \* \* \*